1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Chino

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 08MJ0285 |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| ALEJANDRO LOYA CHINO, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: February 5, 2008      /s/ *Timothy R. Garrison*
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Defendant
                             Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  February 5, 2008         /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)