FILED

FEB 2 8 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 0559-IEG |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| ALEJANDRO LOYA CHINO ) aka Helio Omar Arredondo, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 30, 2008, within the Southern District of California, defendant ALEJANDRO LOYA CHINO, did willfully and knowingly use passport number 421050325, issued under the authority of the United States, to Helio Omar Arredondo, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: 2/28/08 .

KAREN P. HEWITT
UNITED STATES ATTORNEY

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:pcf:San Diego
2/13/08