AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALEJANDRO LOYA CHINO<br>aka Helio Omar Arredondo | 08CR 0559-IEG<br>CASE NUMBER: 08-MJ-0285 |

I, ALEJANDRO LOYA CHINO aka Helio Omar Arredondo, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Alejandro Loya Chino*
ALEJANDRO LOYA CHINO
Defendant

_____
TIMOTHY R. GARRISON
Counsel for Defendant

Before *Barbara L. Major*
JUDICIAL OFFICER

FILED
FEB 28 2008
CLERK
SOUTHERN...
BY MB